Jeffrey W. King, *pro se.*

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

CLIFFORD PETERSON TOOL COMPANY *et al.,* Plaintiffs-Appellants, *v.* SAM SUSSMAN *et al.,* Defendants-Appellees.

(No. 56179; ▓▓▓▓▓▓▓▓▓▓▓)

First District—November 27, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

John Powers Crowley, Michael B. Nash, and Gordon B. Nash, Jr., all of Chicago, (Crowley & Nash, of counsel,) for appellants.

D. J. Varraveto and Robert P. Brandenburg, both of Chicago, (Varraveto and Brandenburg, of counsel,) for appellees.